

FILED

MAR 1 2 2010

CLERK, US DISTRICT COURT
NORFOLK, VA

**Redacted**

<u>Affidavit</u>

I, James A. Thomas, being duly sworn, depose and states as follows:

A. **<u>Background of Affiant</u>**

1. I, James A. Thomas, am a Police Officer with the City of Virginia Beach Police Department. I have been employed in this capacity since September of 1990. During the past fifteen years of service, I have worked as a narcotic detective with Special Investigations to include over five years as a deputized Task Force Officer with the United States Department of Justice Drug Enforcement Administration, in Norfolk, Virginia. During the course of my law enforcement experience, I have received extensive training emphasizing drug identification, distribution techniques, and methods of narcotic investigations and enforcement.

2. This affiant participated in the investigation of the offense for which this affidavit is submitted. This affiant is familiar with the facts and circumstances surrounding the investigation of Cyntenious Lamont MORRIS and Dante Jermel DAVIS a result of this affiant's personal participation in the investigation referred to in this affidavit. This affiant has reviewed Virginia Beach Police Department reports; and compiled information derived from discussions with Virginia Beach Police Department Detective Gilberto Trillo, an experienced law enforcement officer. This affidavit contains a probable cause statement to support the issuance of an arrest warrant for these offenses and does not contain all the information known to this affiant regarding the MORRIS and DAVIS investigation. Based upon this affiants experience and training, this affiant knows the following:

B. **<u>Facts Supporting Probable cause</u>**

1. On January 08, 2010, Detectives of the Virginia Beach Police Department's Special Investigations conducted surveillance on Dante Jermel DAVIS at ███████████ ███████████████████ Virginia Beach, in the Eastern District of Virginia. Detectives observed DAVIS being picked up by an unindicted co-conspirator, driving a black Toyota Camry. Detectives followed the DAVIS and the unindicted co-conspirator to ███████████████ Boulevard; where the vehicle parked in the front parking lot of Krispy Kreme Doughnuts.

2. Upon arriving at the Krispy Kreme Doughnut Shop, detectives observed a black Nissan Maxima parked in the lot; occupied by Cyntenious Lamont MORRIS. Detectives observed DAVIS exit the front passenger's side of the Toyota holding something inside his jacket. Detectives observed DAVIS enter the front passenger's side of the MORRIS' Nissan Maxima. Approximately one minute later, detectives observed DAVIS exit MORRIS' Nissan Maxima with a box in his hand and placed it in the back seat of the Toyota Camry. Detectives observed DAVIS get into the front passenger's side seat of

the Toyota Camry. Detectives observed MORRIS exit the driver seat of his Nissan Maxima and placed a bag in the trunk of his vehicle. Detectives observed both vehicle exit the parking lot with MORRIS traveling westbound on Virginia Beach Boulevard and DAVIS traveling eastbound.

3. Detectives conducted a traffic stop on MORRIS' Nissan Maxima in the 4900 block of Virginia Beach Boulevard. Detective J.W. Faison screened MORRIS' Nissan Maxima with his Narcotic Detection Canine "Kubo". "Kubo" alerted to the trunk of the vehicle indicating the presence and/or odor of illegal narcotics. Detectives conducted a search of MORRIS' Nissan Maxima and recovered approximately 500 grams of cocaine in the trunk. In addition, detectives recovered a loaded 40. Caliber Sig Sauer semi-automatic handgun in the center console of the vehicle along with MORRIS' identification, and seized $3,551 in U.S. currency from his person.

4. Detectives also followed the Toyota Camry and conducted a traffic stop of the vehicle at 1797 South Independence Boulevard. Detective D.L. Kagel screened the black Toyota Camry with his Narcotic Detection Canine "Rex". "Rex" alerted to the vehicle indicating the presence and/or odor of illegal narcotics. Detectives conducted a search of the vehicle and recovered approximately 70-grams of cocaine, 56-grams of marijuana, and a shoe box containing approximately $15,000 in U.S. Currency. Detectives seized an additional $1,175 from DAVIS' person. DAVIS gave detectives consent to search his residence located at ▮▮▮▮▮▮▮▮ in Virginia Beach. Detectives conducted a search and seized approximately $17,196 from three separate locations of the residence.

5. Detectives arrested all three subjects and charged MORRIS with Possession with Intent to Distribute Cocaine, Conspiracy, and Firearm with Narcotics, Concealed Weapon, and felon in possession of a firearm. DAVIS was charged with two counts of Possession with Intent to Distribute Cocaine, Possession with Intent to Distribute Marijuana, and Conspiracy. The un-indicted co-conspirator was charged with Possession with Intent to Distribute Cocaine, Possession with Intent to Distribute Marijuana, and Conspiracy. Both MORRIS and DAVIS were ordered detained without bond. The un-indicted co-conspirator was released on a $3,000 Secured Bond.

6. Detectives submitted the drug evidence to the State Forensic Laboratory with a request for a drug analysis. All evidence related to this investigation is being held at the Virginia Beach Police Department for safekeeping.

7. This affiant conducted a criminal history checks on MORRIS and DAVIS. This affiant learned that MORRIS has been convicted of six felony narcotics violations in the State of Virginia. DAVIS has been convicted of two felony narcotics violations in the State of Virginia. The incidents described in this affidavit occurred in the Eastern District of

Virginia. This affidavit does not contain all of the information that this affiant knows about this investigation. Based upon the foregoing, this affiant believes there is probable cause to charge Cyntenious Lamont MORRIS and Dante Jermel DAVIS with violations of Title 21, U.S.C., Section 846. Therefore I respectfully request that a criminal complaint and arrest warrant charging MORRIS and DAVIS with the offense be issued.

_____
James A. Thomas
DEA Task Force Officer

SWORN AND SUBSCRIBED before me this \_\_\_\_ day of March, 2010.

_____
United States Magistrate Judge
Eastern District of Virginia

Reviewed and approved:

_____
Kevin M. Comstock
Assistant United States Attorney